215 So.2d 122

**Richard Jackson TIFFEE**

v.

**Virginia Ruth Kenny TIFFEE.**

No. 49482.

Nov. 12, 1968.

In re: Virginia Ruth Kenny Tiffee applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Concordia. 212 So.2d 186.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

215 So.2d 123

**MARYLAND CASUALTY COMPANY**

v.

**LIBERTY MUTUAL INSURANCE COMPANY.**

No. 49489.

Nov. 12, 1968.

In re: Liberty Mutual Insurance Company applying for certiorari, or writ of re-

view, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 213 So.2d 72.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.